UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of                                                                 101 West Lombard Street
**George L. Russell, III**                                          Baltimore, Maryland 21201
United States District Judge                                              410-962-4055

October 11, 2016

MEMORANDUM TO COUNSEL RE:          Debra Cavey v. Mach Trucking LLC, et al.
                                                                Civil Action No. GLR-16-1339

Dear Counsel:

Upon consideration of the parties' status report (ECF No. 22), the teleconference scheduled for October 13, 2016 is canceled.  The Court will immediately transfer this case to a United States Magistrate Judge ("USMJ") for all further proceedings and refer this case to a USMJ for a settlement conference.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

_____

George L. Russell, III
United States District Judge